# Supreme Court of the United States
## Office of the Clerk
## Washington, DC  20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

December 12, 2023

Clerk
United States Court of Appeals for the Eleventh
Circuit
56 Forsyth Street, N.W.
Atlanta, GA  30303

Re:  Nicholas Harding
v. Google LLC
Application No. 23A535
(Your No. 23-11974)

Dear Clerk:

The application for an extension of time within which to file a petition for a writ of certiorari in the above-entitled case has been presented to Justice Thomas, who on December 12, 2023, extended the time to and including January 17, 2024.

This letter has been sent to those designated on the attached notification list.

Sincerely,

**Scott S. Harris**, Clerk

by

Angela Jimenez
Case Analyst

# Supreme Court of the United States
## Office of the Clerk
## Washington, DC  20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

### NOTIFICATION LIST

Mr. Nicholas Harding
3859 English Colony Dr. N.
Jacksonville, FL  32257


Clerk
United States Court of Appeals for the Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, GA  30303

OFFICE OF THE CLERK

# SUPREME COURT OF THE UNITED STATES

OFFICE OF THE CLERK

WASHINGTON, DC 20543-0001

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

U.S. MARSHALS SERVICE
Atlanta, GA

DEC 18 2023



FIRST-CLASS MAIL

12/13/2023
US POSTAGE $000.63⁰

US OFFICIAL MAIL
$300 Penalty
For Private Use
ZIP 20543
041M11120601

